**Order entered June 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01121-CR
### No. 05-18-01122-CR

### OSCAR PEREACRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-00276-S & F18-00275-S**

## ORDER

Before the Court are appellant's June 11, 2019 second motions for extension of time to file appellant's brief. We **GRANT** appellant's motions and **ORDER** appellant's brief filed on or before July 11, 2019. If appellant's brief is not filed by July 11, 2019, these appeals will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     BILL PEDERSEN, III
JUSTICE